**Order entered September 19, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01409-CV

### LEATHA A. MUNAI, Appellant

### V.

### WILLIAM K. MUNAI, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-04859**

## ORDER

As appellant has failed to comply with the Court's August 30, 2013 directive to file written verification that she has paid for the reporter's record in full, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant shall file her brief within thirty days of the date of this order.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE